UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY JACKSON,

        Plaintiff,

                                                      Case No: 1:25-cv-215

v.

                                                      HON. ROBERT J. JONKER

UNITED STATES GOVERNMENT et al,

        Defendants.
_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 13, 2025 (ECF No. 6). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** Plaintiff's complaint (ECF No.1) is DISMISSED.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:  April 4, 2025                     /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE